UNITED STATES of AMERICA,
Plaintiff–Appellee,

v.

Sironda Lavyree SANDERS,
Defendant–Appellant.

No. 14–6549.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 4, 2014.

Decided: June 25, 2014.

Sironda Lavyree Sanders, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before DUNCAN and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sironda Lavyree Sanders appeals the district court's order denying her a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Sanders,* No. 5:09–cr–00020–F–1 (E.D.N.C. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED.*